IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TERRENCE N. GILLILAND, DENISE M. GILLILAND, and LUIS S. GALLEGOS, | 8:12CV384 |
| Plaintiffs, | AMENDED[1] ORDER |
| vs. | |
| HARLEY-DAVIDSON MOTOR COMPANY GROUP, LLC, | |
| Defendant. | |

This matter is before the court *sua sponte*. The remaining deadlines, pretrial conference, and trial previously scheduled are continued as follows.

1. **Trial Exhibits** - **On or before March 6, 2015**, the parties shall exchange lists of all exhibits they expect to offer by providing a numbered listing and permitting examination of such exhibits, designating on the list those exhibits it may offer only if the need arises.

2. Any motions in limine shall be filed **on or before March 13, 2015**.

3. The **Final Pretrial Conference** with the undersigned magistrate judge is set for **March 20, 2015, at 9:00 a.m.** in chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

4. **Trial** is set to commence, at the court's call, during the week of **April 21, 2015**, in Omaha, Nebraska, before the Honorable Laurie Smith Camp and a jury. Unless otherwise ordered, jury selection shall be at the commencement of trial.

**IT IS SO ORDERED**.

Dated this 13th day of January, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge

---

[1] Amending dates for trial exhibits and motions in limine.