## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

TERRENCE N. GILLILAND,
DENISE M. GILLILAND, and
LUIS S. GALLEGOS,

        **Plaintiffs,**

    **vs.**

HARLEY-DAVIDSON MOTOR
COMPANY GROUP, LLC,

        **Defendant.**

**8:12CV384**

**ORDER**

The courts records show the Office of the Clerk of Court sent a notice on April 14, 2015 (Filing No. 165) to:  Earl G. Greene, III, by electronic filing.  The notice directed the attorney to pay the 2015/2016 attorney assessment fee, as required by NEGenR 1.7(h), within thirty days.  As of the close of business on May 29, 2015, the attorney has not complied with the request set forth in the notice from the Office of the Clerk.

**IT IS ORDERED:**

**On or before June 15, 2015**, attorney Earl G. Greene, III, shall pay the assessment or show cause by written affidavit why he cannot comply with the rules of the court.  Failure to comply with this order will result in the court removing Mr. Greene as counsel of record for the defendant.

Dated this 29th day of May, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge