IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TERRENCE N. GILLILAND, DENISE M. GILLILAND, and LUIS S. GALLEGOS,<br><br>        Plaintiffs,<br><br>vs.<br><br>HARLEY-DAVIDSON MOTOR COMPANY GROUP, LLC,<br><br>        Defendant. | 8:12CV384<br><br>ORDER |

      On October 30, 2012, the defendant removed this action from a state court. **See** Filing No. 1. The notice of removal listed Earl G. Greene, III, as counsel of record for the defendant. *Id.* The defendant has several attorneys listed as counsel of record. The court records show the Office of the Clerk of Court sent a notice on April 14, 2015, (Filing No. 165) to: Earl G. Greene, III, by electronic filing. The notice directed the attorney to pay the 2015/2016 attorney assessment fee, as required by NEGenR 1.7(h), within thirty days. As of the close of business on May 29, 2015, the attorney had not complied with the request set forth in the notice from the Office of the Clerk. On May 29, 2015, the court directed the attorney to pay the assessment or show cause why he could not comply with the rules of the court by June 15, 2015. Mr. Greene did not respond to the court's order. Accordingly,

      **IT IS ORDERED:**

      Earl G. Greene, III, is stricken as an attorney of record for the defendant. Said attorney may apply to be readmitted as an attorney of record only after paying the 2015/2016 attorney assessment fee, as required by NEGenR 1.7(h).

      Dated this 18th day of June, 2015.

                                                        BY THE COURT:

                                                        s/ Thomas D. Thalken
                                                       United States Magistrate Judge