# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TERRENCE N. GILLILAND, DENISE M. GILLILAND, AND LUIS S. GALLEGOS,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>HARLEY-DAVIDSON MOTOR COMPANY GROUP, LLC,<br><br>　　　　Defendant. | 8:12CV384<br><br>JUDGMENT |

This matter was before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendant, Harley-Davidson Motor Company Group, LLC, and against the Plaintiffs, Terrence N. Gilliland, Denise M. Gilliland, and Luis S. Gallegos.

Dated this 1st day of December, 2015

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge